**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ricardo Thornton, | Case No. 2:25-cv-02164-JAD-MDC |
| Plaintiff | |
| v. | **Order Granting Request for Voluntary Dismissal** |
| Diana Lopez, et al., | ECF Nos. 9, 11 |
| Defendants | |

Plaintiff Ricardo Thornton brought this civil-rights case to redress what he claims are constitutional-rights violations by his probation officer. Thornton now moves to voluntarily dismiss this lawsuit, explaining that it was prematurely filed.[1]

Rule 41(a)(1) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action without prejudice "before the opposing party serves either an answer or a motion for summary judgment."[2] Because process has not yet been served, a Rule 41(a)(1) voluntary dismissal remains available.

IT IS THEREFORE ORDERED that Thornton's request for voluntary dismissal **[ECF No. 11] is GRANTED. THIS CASE IS DISMISSED without prejudice** under Fed. R. Civ. P. 41(a)(1). Thornton's motion for appointment of counsel **[ECF No. 9] is DENIED as moot.** The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
May 21, 2026

---

[1] ECF No. 11.

[2] Fed. R. Civ. P. 41(a).